UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 23-1482 PA (PDx) | Date | May 25, 2023 |
|---|---|---|---|
| Title | Oren Lavie v. Casio America, Inc. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Kamilla Sali-Suleyman | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**   IN CHAMBERS – ORDER TO SHOW CAUSE

   Plaintiff Oren Lavie ("Plaintiff") initiated this action on March 1, 2023 against defendant Casio America, Inc. ("Defendant"). (Docket No. 2.) Plaintiff served Defendant on March 15, 2023. (See Docket No. 8.) On May 25, 2023, Plaintiff filed a First Amended Complaint to add new defendant Casio Computers Co. Ltd. (Docket No. 18.) However, Plaintiff did not seek leave from the Court to amend the original Complaint, nor does it appear that Plaintiff obtained consent from Defendant before filing the First Amended Complaint.

   Generally, "[a] party may amend its pleading once as a matter of course within: (a) 21 days after serving it, or (b) if the pleading is one to which a responsive pleading is required, 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier." Fed. R. Civ. P. 15(a)(1). Because the original Complaint was served on Defendant more than 21 days ago and no answer is currently on file, Plaintiff could only amend the Complaint after first obtaining "the opposing party's written consent or the court's leave." Id. at 15(a)(2). If Plaintiff had obtained Defendants' written consent, then he would have been required to place a stipulation on the record to notify the Court. See L.R. 7-1 ("Stipulations will be recognized as binding only when made in open court, on the record at a deposition, or when filed in the proceeding. Written stipulations affecting the progress of the case shall be filed with the Court, be accompanied by a separate order as provided in L.R. 52-4.1, and will not be effective until approved by the judge, except as authorized by statute or the [Federal Rules]."). Accordingly, the Court hereby strikes the First Amended Complaint from the record for failure to comply with Rule 15(a)(2).

   IT IS SO ORDERED.